**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6524**

———————

EARL BOYD TRUMP,

              Plaintiff - Appellant,

     v.

MONTGOMERY COUNTY SHERIFF; COMMONWEALTH ATTORNEY, Montgomery
County,

              Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, Chief
District Judge.  (7:10-cv-00142-GEC-MFU)

———————

Submitted:  August 26, 2010     Decided:  September 2, 2010

———————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Earl Boyd Trump, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl Boyd Trump appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Trump v. Montgomery Cnty. Sheriff, No. 7:10-cv-00142-GEC-MFU (W.D. Va. Mar. 31, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED